### PAMOS PICTURE CO. v. FRITZSCHE.

(Supreme Court, Special Term, New York County.   June 22, 1914.)

1. PATENTS ⬦112—DENIAL OF LETTERS PATENT—EFFECT.

   Where the Patent Office has rejected an application for letters patent upon a device, there is a right in the general public to manufacture and sell such device, and no special injury can result to the attempted patentee from manufacture and sale by any individual.

   [Ed. Note.—For other cases, see Patents, Cent. Dig. §§ 162–165;  Dec. Dig. ⬦112.]

2. INJUNCTION ⬦22—OBJECTION TO PETITION FOR GRANTING OF LETTERS PATENT—APPLICATION ALREADY DENIED.

   Where applications for letters patent were rejected three months before the defendant threatened to file objections thereto, and where there was no evidence that a secret process was involved, there was no occasion for the issuance of an injunction to restrain the defendant from filing objection to the granting of the applications.

   [Ed. Note.—For other cases, see Injunction, Cent. Dig. § 19;  Dec. Dig. ⬦22.]

Suit by the Pamos Picture Company against one Fritzsche.  On motion for injunction.   Denied.

A. W. Gray, of New York City, for plaintiff.
Franklin A. McKenzie. of New York City, for defendant.

GREENBAUM, J.  [1, 2]  The rejection of the application for letters patent by the United States Patent Office necessarily results in the right of the general public to manufacture and sell the devices described in the complaint.   Hence no special injury can result from the defendant's manufacture and sale of the articles mentioned.   With respect to the claim for an injunction to restrain the defendant from filing objection to the granting of the applications for letters patent, the proofs before me are that the application had been rejected in March, 1914, and the alleged threats of defendant to file objections occurred in May, 1914.   There is no evidence that a secret process is involved.

Upon the papers as submitted, the motion for injunction must be denied.